# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127200(60)

LAWRENCE J. HOSTE,
   Plaintiff-Appellant,

v

CHRYSLER CORPORATION PLYMOUTH,
U.S. RECREATIONAL SKI ASSOCIATION,
and SHANTY CREEK MANAGEMENT,
   Defendants,

and

RELIABLE RACING SUPPLY
   Defendants-Appellee.

_____/

SC: 127200
COA: 245804
Antrim CC: 93-006013-NO

   On order of the Court, the motion for reconsideration of this Court's order of June 30, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   KELLY, J., would grant reconsideration and, on reconsideration, would remand this case to the trial court for further proceedings.



   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006         _____

d0221               Clerk